# EXHIBIT A

# EXHIBIT A

Requesting Inspector General Investigations over the allegations and investigation conducted by Walter Reed into LCDR Corey A. Carter MC USN.

Dated: October 29, 2015

The following accusations have been placed against me via my estranged wife and I am requesting understanding and follow up from my command, Walter Reed National Military Medical Center, Bethesda, MD.

All of accusations have occurred after I asked my wife for a divorce. These accusations have no foundation and are NOT coming from a colleague, a supervisor, a subordinate or from a patient. Secondary to these accusations, I have been taken out of clinical practice, although I am still allowed to conduct clinical research administration duties. It has been over 11 weeks with no formal follow up from the command.

I have asked my wife for the divorce twice this year. The first was on Monday, May 11th in person and then again over the phone on the July 18th. On July 20th my wife of 26 years, finally agreed to go to marriage counselling, which she has refused for the past five years. Marriage counseling occurred on August 3rd, 2015. The marriage counsellor told my wife that this marriage was not savable. On August 7th my wife proceeded to make several accusations, which I have not received any follow up and the command has refused to speak with my representation. On August 11th, I was removed from clinical practice and the following accusations have been made. All accusations made have never been revealed to me formally and it is only through asking and putting together different letters am I able to list these accusations.

1) Using Adderall (dextroamphetamine/amphetamine).

    a) I was questioned by NCIS, and provided a sample n May 11th. I additionaly volunteered to be tested by all available means to include blood and hair analysis.

    b) I have participated in two urinalysis; 1 specifically to test for Adderall use and a secondary command directed after TAD/TDY trip to Denver, Colorado.

    c) No results have been provided to me.

2) Illegally prescribing Adderall to non-DOD beneficiaries and trading said prescriptions for sex.

    a) My DEA number was pulled and all prescriptions that I have written where investigated

    b) No results have been provided to me

3) My wife claimed that she has found "1 small pill" of Adderall in my suitcase.

    a) I would like to know if this pill she claims even exists.

4) I was accused on being an impaired provider and instructed to voluntarily participate in the wellness program (impaired provider program).

    a) I participated and was discharged 30 days after enrollment.

    b) A psychiatric evaluation was completed and I have again never received no results from this evaluation.

5) I have been issued a protection order by Walter Reed's Chief of Staff, against my wife for the past three months. This has prevented me from going into my own home which I continue to pay the mortgage on.

    a) I have NEVER been abusive either physically or emotionally to my wife in the 26 years of marriage.

    b) I have respected this order, yet my wife violated the protection order twice at my place of work. (This has been reported to the chain of command).

    c) I have never been given any reason or just cause that this order continues to be renewed.

6) My wife claims that I am spending time with female escorts.

    a) This is simply untrue

    b) I have not and would not. My wife has identified two friendships which are again a private matter and do not have any bearing on my ability to serve as an officer or as a physician.

7) My wife claims I have an agreement with a pharmaceutical company to have post service employment.

    a) I do not have a contract with any company either pharmaceutical or academic to engage in post service employment.

      b). This investigation will ultimately harm my ability to obtain post service employment.

8) My wife suggested that my ability to perform clinical care is substandard.

      a) I full investigation was conducted by the Investigating Officer (COL Pena).

      b) No results have ever been provided to me

      c) Only after my urging, the clinical competency meeting reviewed the charges placed against me and they found NO reason to keep my out of practice. Unfortunately, the command had not completed the urinalysis and the decision was made to wait for the urinalysis before a final ruling could be made as this was the whole reason my privileges were placed on hold.

          1) If the urinalysis is back, no explanation has been given to me why my credentials have not been restored.

9) My wife claimed that I travel outside the area while assigned as the inpatient attending.

      a) The investigation revealed that proper coverage was obtained per the Hematology-Oncology standards and no patient was harmed.

      b) No results summarizing this have ever been provided to me.

      c) No mention has been made that she attempted to set me up for this accusation and was aware on an upcoming trip therefore she had me cancel and then go at the last minute.

10) She has suggested that my research is being conducted unethically and placing patients at harm.

      a) A command directed audit was conduct from an outside independent auditor, Sarah Rule.

      b) A four day investigation of eight clinical trials where reviewed and investigated.

      c) No significant findings were found and at the brief-out it was reported that all research was being conducted ethically, soundly and in DOD compliance. The investigator commented on what an absolute pleasure it was to review the high quality research being performed by both a well-qualified investigator and research staff.

      d) Still I am not allowed to open new trials which have been obtained to directly benefit patients and offer hope and the potential extend their life and improve the quality of their lives.

11) Unprofessional Conduct:

    a) No information or evidence has been provided to me.

12) Unethical conduct

    a) No information or evidence has been provided to me.

13) Conflicted dealings

    a) No information or evidence has been provided to me.

    b) I have been speaking for Bristol Meyer Squibb. This requested to conduct occasional speaking events and receive an honorarium was discussed with Walter Reed Legal.

    c) I receive an honorarium for lecturing. I accepted the standard contract for a first year speaker and did not negotiate the terms as I was told this was standard. Walter Reed legal told me that they would not review the contract as long as I decided I was speaking when I am in a leave status.

        i) During my teaching, I always request for Veterans Affairs venues and have worked with BMS to start to develop an educational grant that the Murtha Cancer Center can apply for to further military and VA medical sites on the importance of immune-oncology.

        ii) I have done my best to comply with the rules on speaking. Unfortunately, it's has been through this experience I have learned that the rules and regulations are not clear and often contradict each other, both federally and local instructions. My prior mentors and senior officers have all spoken from time to time for an honorarium. I have been told this is an acceptable practice within the military medical corps.

        iii) I feel that I have been given inadequate advice by the Walter Reed legal service this is a problem that still occurring. A recent email to my supervisor explains exactly what I was told and this email took place after the allegations against me were underway.

    c) Additionally, I have engage in a small biotech, Epicentrx, which has allowed me to co-write two protocols specifically designed to advance clinical care at Walter Reed increase and increase a private partnership with government. These two trials allow for patients to be recruited and tissue to be analyzed both at the National Institute of Health (Dr. Jane Trepel) and the Uniform Services University (Dr. Regina Day). This is currently the example of the program "Unity of Effort" which is encouraging all governmental organizations to work together to advance health care.

i) The Geneva foundation, (a third party non profit) who requested that I charge Epicentrx for co-writing these protocols. They requested that they receive payment for my service. I have both emails and verbal confirmation to the organization that, I as a government employee cannot charge a private corporation for time spent writing a protocol on government time. These protocols took 4 months to write and 6 months to open. As a result of these protocols two other government organizations are directly benefiting as well as, and most importantly, our military beneficiaries.

14) Off Duty employment.

    a) Recent letter orders cease all off duty employment activities as of the 9th of October.

        1) States a pending criminal investigation is still being conducted

        2) No evidence has been provided and all evidence that I have seen states exactly what I have said and continue to believe to be true. I have not and would never do anything that was criminal.

        3) It also states an administrative investigation is being conducted.

            i) I was recently told, by Walter Reed, that the amount of pay I received per lecture was too high.

    b) I have never been questioned or asked to make a statement on this.

        1) Again, this specific question of giving a lecture for an honorarium has been asked by myself to Walter Reed Legal.

            The following compliance should be obtained:

            1) If I am in "leave status" then, I may accept as long as

                i) I do not represent the military

                ii) I do not give the presentation in uniform

                iii) I issue a disclaimer

                iv) I submit my remarks to the PAO, if I am making any personal remarks.

            2) I did not get this in writing but COL Perkins has asked the same question and legal counsel Frishberg, which he emailed this same response to him.

3) The investigation revealed 5 days which have been brought into question my status.

4) I have taken more annual leave this year than any time in my whole career and loose leave every year. I had no intention to pull one over on the military.

i) I have taken 41 days of annual leave.

ii) Annual leave for the past 5 years: 2014 (22 days) 2013 (32 days), 2012 (25 days) 2011 (15 days) 2010 (11 days) (2010 served in OEF for 6 months).

c) My wife provided pay stubs for HONARIUMS I have received for giving lectures. This again is a result of her ager towards the divorce.

1) My request is that the days in question; should not be looked as this officer trying to deceive anybody in my clinic or in the command. The department calendar was updated and clearly demonstrates my planned leave dates.

i) During the first 6 months of the year, I saw more patients per week than any other provider in my clinic and twice as many as half of my peers.

ii) This was all done while getting very little time for research. I spend countless hours on weekends, late nights, holidays, and almost any downtime away from the clinic working on research. As a principal investigator and as an active duty physician I am on call 24 hours a day both email and receive phone calls at all hours in the day. My entire staff has attested I am the most available provider and the quickest to respond and care for all members of the health care team.

iii) The lectures were designed to educate other doctors around the country on a different type of cancer therapy (immunotherapy) and not designed to bring any personal profit from increases in personally owned stock, post service employment, or increased recruitment to a clinical trial.

d) Unfortunately, multiple instructions conflict on giving lectures. Honorariums do not have a clear definition in any of the instructions and is not a payroll or employment check. It is a fee for service. Part of the off duty instruction states that regular and recurring lectures are to considered employment.

e) My lectures were always random and I turned down twice as many requests as I performed. The amount I received is lower than industry standard since this is the first year I am giving lectures. Lectures honorariums are tiered based on the number of years you speak the more it increases.

This investigation has placed an enormous amount of mental and emotional stress on me and the lack of transparency and respect from the command is demeaning.  I have spent 27 years on active duty, entered in service as enlisted (E-1) and have worked my way up to my recently selected rank of commander.  I have held the organization, my colleagues and Walter Reed with the upmost respect until now.  My personal matters and copies of private emails have no bearing on my ability to work as a physician and conduct clinical research.

Currently, all of my protocols are allowed to continue and I am expected to complete all administrative work.  Yet, my privileges have not been restored.  My wife has been dishonest to both the command and me, the service member, yet the command continues to listen to her and protect her without evidence.  I am aware that investigations should be performed when significant accusations are being made but when this continues to drag on and government employees continue to listen to an estranged wife who has been planning and manipulating this attack on my career for several weeks and maybe months, it is unacceptable.

Patient care directly suffers as many of my patients will attest to.  I receive an email almost every day from a patient asking for an expected return date.  The trials I conduct were meant to allow junior staff to learn and conduct over a period of months and by requesting and demanding I step down as a Principal Investigator without just cause is dangerous and directly affects patient safety.

I have done my best to be understanding, professional and compliant with all requests during this investigation.  To include, faking an illness at the request of the command while in leave status to gracefully not participate in the Concordia summit; (a summit in which the Vice President attended on the topic of World Health).  I have proactively taken a 4-day medical ethics course and will attend annual ethics training.

I feel this investigation is a "Witch Hunt" and not consistent with this organization's honor, integrity, and transparency.  These accusations have a direct effect on my reputation both locally and nationally.

Very Respectfully,

Corey A. Carter, MD

LCDR MC USN