UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>COREY A. CARTER,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.:  20cv1058-JO (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE TO COMPLETE DEPOSITIONS OF FACT WITNESSES [ECF NO. 195]** |

On May 18, 2022, the parties filed a "Joint Stipulated Motion to Amend Scheduling Order [Docket No. 136] to Continue the Deadline for the Completion of Depositions of Fact Witnesses to June 10, 2020."  (ECF No. 195.)  They ask the Court to continue their fact discovery deadline of May 25, 2022, until June 10, 2022, for the limited purpose of completing depositions of fact witnesses.  (Id. at 8.)  In support, the parties describe their discovery efforts to date, and contend that they "have additional depositions noticed, notified and/or scheduled, but due to other cases, personal obligations and the schedules of the witnesses and counsel, they are having difficulty completing them prior to the cutoff of May 25, 2022."  (Id. at 2-4, 5.)

1     Having considered the parties' joint motion and stipulation, and finding good
2 cause, the Court **GRANTS** the motion and **APPROVES** the stipulation.  Accordingly,
3 the deadline to complete the depositions of fact witnesses is **CONTINUED** from May 25,
4 2022, until **June 10, 2022.**
5     All other deadlines and requirements remain unchanged.
6     **IT IS SO ORDERED**.
7 Dated:  May 19, 2022

Honorable Michael S. Berg
United States Magistrate Judge