| | |
|---|---|
| 1 | Todd A. Boock (SBN 181933) |
| 2 | todd@bnsklaw.com |
| | Jill Ray Glennon (SBN 204506) |
| 3 | jill@bnsklaw.com |
| 4 | **BROWN NERI SMITH & KHAN LLP** |
| | 11601 Wilshire Boulevard, Suite 2080 |
| 5 | Los Angeles, California 90025 |
| 6 | Telephone: (310) 593-9890 |
| | Facsimile: (310) 593-9980 |
| 7 | |
| 8 | *Attorneys for Plaintiff* |
| | EPICENTRX, INC. |
| 9 | |
| 10 | [Attorneys for Defendant on Next Page] |

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., a Delaware corporation, | Case No. 3:20-cv-01058-JO-MSB |
| | Hon. Jinsook Ohta |
| Plaintiff, | Magistrate: Hon. Michael S. Berg |
| v. | **JOINT STIPULATED MOTION BY PLAINTIFF EPICENTRX, INC. AND DEFENDANT COREY A CARTER, M.D. TO STAY ACTION AND PENDING DEADLINES FOR 30 DAYS AND SET A STATUS CONFERENCE WITH MAGISTRATE JUDGE MICHAEL S. BERG DUE TO EXIGENT CIRCUMSTANCES** |
| COREY A. CARTER, M.D., | |
| Defendant. | |
| | Complaint Filed: June 9, 2020 |

JOINT STIPULATED MOTION TO WITHDRAW MOTIONS

1 | **Defendant Corey A. Carter, M.D.'s Attorneys**
2 | Guy A. Ricciardulli (SBN 116128)
3 | *gricciardu@aol.com*
    | **ATTORNEY AT LAW**
4 | 12396 World Trade Drive, Suite 202
5 | San Diego, CA  92128
    | Telephone:  (858) 487-8006
6 | Facsimile:   (858) 487-8109

JOINT STIPULATED MOTION TO STAY CASE FOR 30 DAYS

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff EpicentRx, Inc.'s ("EpicentRx" or "Plaintiff") and Defendant Corey A. Carter, M.D. ("Dr. Carter" or "Defendant") (collectively, the "Parties"), by and through their counsel, hereby STIPULATE AND AGREE as follows, in light of the following facts:

WHEREAS, on Saturday, May 21, 2022, one of Defendant's two lead attorneys, Donald R. McKillop, along with his wife, was tragically killed in a motor vehicle accident in Arizona;

WHEREAS, on May 23, 2022, Defendant's other lead attorney, Guy A. Ricciardulli, notified EpicentRx's lead counsel, Todd A. Boock, of Mr. McKillop's tragic death;

WHEREAS, Mr. McKillop and Mr. Ricciardulli were close professionally and personally, and Mr. Ricciardulli will be handling numerous issues related to Mr. McKillop's law practice and family;

WHEREAS, on May 23, 2022, Mr. Boock and Mr. Ricciardulli discussed this horrible development, as well as logistics and pending issues in this case;

WHEREAS, Mr. Boock let Mr. Ricciardulli know that EpicentRx will, of course, agree to any extensions, stays and other accommodations to allow Mr. Ricciardulli the time to address Mr. McKillop's professional and personal matters, as well as to grieve;

WHEREAS, Mr. Boock also gave his personal condolences and told Mr. Ricciardulli that he will, of course, agree to whatever is needed to accommodate the above;

WHEREAS, the Parties have agreed that, under the circumstances, Defendant will not be able to submit a letter brief on May 26, 2022, or appear at the June 1, 2022 conference with the Magistrate, pursuant to this Court's May 16, 2022 Order [ECF 194];

WHEREAS, the Parties have agreed that a stay of thirty (30) days is

necessary for Mr. Ricciardulli to address the above matters and for he and Defendant to address the needs of this case;

WHEREAS, under these exigent circumstances, a stay of thirty (30) days is warranted; and

WHEREAS, neither party will suffer any prejudice due to the requested stay.

THEREFORE, IT IS AGREED, the Parties jointly request that the Court issue an Order staying this matter for thirty (30) days, including all pending deadlines and cutoffs, and set a status conference with Magistrate Judge Michael S. Berg, in or about thirty (30) days, to assess case status, set a new briefing schedule and conference date for the issues referenced in the Court's May 16, 2022 Order, and whether a further stay is necessary.

**SO STIPULATED.**

Dated:  May 23, 2022

By: /s/ Todd A. Boock
Todd A. Boock
todd@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025

*Attorneys for Plaintiff* EPICENTRX, INC.

By: /s/ Guy A. Ricciardulli
Guy A. Ricciardulli
gricciardu@aol.com
**ATTORNEY AT LAW**
12396 World Trade Drive, Suite 202
San Diego, CA  92128

*Attorneys for Defendant* COREY A. CARTER, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on May 23, 2022.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2022.

/s/ Todd A. Boock
Todd A. Boock