Todd A. Boock (SBN 181933)
todd@bnsklaw.com
Jill Ray Glennon (SBN 204506)
jill@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff*
EPICENTRX, INC.

[Attorneys for Defendant on Next Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY A. CARTER, M.D.,<br><br>Defendant. | Case No. 3:20-cv-01058-JO-MSB<br><br>Hon. Jinsook Ohta<br>Magistrate: Hon. Michael S. Berg<br><br>**JOINT STIPULATED MOTION BY PLAINTIFF EPICENTRX, INC. AND DEFENDANT COREY A. CARTER, M.D. TO LIFT MAY 24, 2022 STAY [ECF 198], AMEND SCHEDULING ORDER AND SET ADDITIONAL DEADLINES RELATED TO DISCOVERY ISSUES**<br><br>Complaint Filed: June 9, 2020<br>Counterclaim Filed: July 15, 2020<br>Amended CC Filed: August 26, 2020<br>2nd Am. CC Filed: February 2, 2022 |

JOINT STIPULATED MOTION TO WITHDRAW MOTIONS

**Defendant Corey A. Carter, M.D.'s Attorneys**

Guy A. Ricciardulli (SBN 116128)
 *gricciardu@aol.com*
**ATTORNEY AT LAW**
12396 World Trade Drive, Suite 202
San Diego, CA  92128
Telephone:   (858) 487-8006
Facsimile:    (858) 487-8109

JOINT STIPULATED MOTION TO LIFT STAY AND SET DEADLINES

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff EpicentRx, Inc.'s ("EpicentRx" or "Plaintiff") and Defendant Corey A. Carter, M.D. ("Dr. Carter" or "Defendant") (collectively, the "Parties"), by and through their counsel, hereby STIPULATE AND AGREE as follows, in light of the following facts:

WHEREAS, on May 24, 2022, this Court ordered a stay on discovery in this action [ECF No. 198] (the "Stay");

WHEREAS, the Parties are ready to proceed with discovery and contend that the Stay should be lifted;

WHEREAS, on June 27, 2022, the Court held a telephonic Status Conference, during which the Parties requested that the Court lift the Stay;

WHEREAS, on May 16, 2022, the Court set a telephonic discovery conference for June 1, 2022, with letter briefs due on May 26, 2022, to address certain discovery disputes [ECF 194];

WHEREAS, the telephonic discovery conference and briefing schedule were suspended as a result of the Stay;

WHEREAS, on May 19, 2022, the Court granted the Parties' Joint Motion to Continue the Deadline to Complete Depositions of Fact Witnesses [ECF 196], extending the deadline to complete the depositions of fact witnesses (the "Depositions") to June 10, 2022;

WHEREAS, the Stay went into effect on May 24, 2022, before the Parties could commence and complete the remaining Depositions;

WHEREAS, the Parties will need some additional time to resume their discovery efforts, serve subpoenas and schedule witnesses, after all such efforts had been stayed;

WHEREAS, Defendant's attorney, Guy A. Ricciardulli, has been handling his own practice, as well as the separate practice of deceased defense attorney Donald R. McKillop;

| | |
|---|---|
| 1 | WHEREAS, the Parties agree that they will need until August 30, 2022 to |
| 2 | complete the pending depositions; |
| 3 | WHEREAS, the Parties agree that pending discovery issues should be |
| 4 | resolved; and the June 1, 2022 telephonic discovery conference and May 26, 2022 |
| 5 | briefing deadline should be reset, with the conference scheduled for the week of July |
| 6 | 18, 2022, and the letter briefs (with the same parameters set forth in the Court's May |
| 7 | 16, 2022 Order [ECF 194]) due the week of July 11, 2022; |
| 8 | WHEREAS, under the very unusual circumstances present here, including |
| 9 | without limitation defense counsel Mr. McKillop's sudden and untimely death and |
| 10 | the resulting Stay; the various scheduling issues that have occurred with completing |
| 11 | fact discovery; the issue with fact discovery not having been completed by the |
| 12 | Parties; and EpicentRx's pending Motion to Dismiss Defendant's Second Amended |
| 13 | Counterclaim [ECF 176], which was filed on February 16, 2022, and which, on June |
| 14 | 27, 2022, the Court scheduled for hearing on August 24, 2022; the Parties agree that |
| 15 | all non-fact discovery deadlines in the Court's October 28, 2021 Scheduling Order |
| 16 | [ECF 124] should be pushed back several months to new dates at the Court's |
| 17 | discretion; |
| 18 | WHEREAS, the Parties agree that setting these new dates and deadlines is |
| 19 | necessary for the orderly administration and handling of this case by both Parties |
| 20 | and for Mr. Ricciardulli's newly-impacted schedule; |
| 21 | WHEREAS, under these circumstances, the Parties agree that the above |
| 22 | lifting of the Stay and setting of new dates and deadlines is warranted; and |
| 23 | WHEREAS, the Parties agree neither party will suffer any prejudice due to |
| 24 | the above. |
| 25 | |
| 26 | THEREFORE, IT IS AGREED, the Parties jointly request that the Court issue |
| 27 | an Order immediately lifting the Stay in this matter, continuing the deadline set forth |
| 28 | in the Court's May 19, 2022 Order [ECF 196] to August 30, 2022, and setting a |

telephonic discovery conference during the week of July 18, 2022, with letter briefs due during the week of July 11, 2022; and issuing an Order amending the operative Scheduling Order [ECF 124], moving back all non-fact discovery dates and deadlines for a period of no less than one hundred and twenty (120) days from those set forth in the Order.

**SO STIPULATED.**

Dated:  June 29, 2022

By: /s/ Todd A. Boock
    Todd A. Boock
     todd@bnsklaw.com
    **BROWN NERI SMITH & KHAN LLP**
    11601 Wilshire Blvd., Suite 2080
    Los Angeles, CA 90025

    *Attorneys for Plaintiff/Counter-Defendant*
    EPICENTRX, INC.


By: /s/ Guy A. Ricciardulli
    Guy A. Ricciardulli
     gricciardu@aol.com
    **ATTORNEY AT LAW**
    12396 World Trade Drive, Suite 202
    San Diego, CA  92128

    *Attorneys for Defendant/Counterclaimant*
    COREY A. CARTER, M.D.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on June 29, 2022. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2022.

/s/ Todd A. Boock
Todd A. Boock