# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., a Delaware corporation,<br><br>      Plaintiff/Counter-Defendant,<br><br>   v.<br><br>COREY A. CARTER, M.D.,<br><br>      Defendant/Counter-Claimant. | Case No. 20-cv-01058-JO-DDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER**<br>**[Dkt. No. 213]**<br><br>and<br><br>**AMENDED SCHEDULING ORDER** |

Before the Court is the parties' Joint Stipulated Motion to Amend Scheduling Order the ("Joint Motion"). Dkt. No. 213. The parties explain that although they have been working diligently to complete fact discovery, due to circumstances beyond counsel's control they have not yet completed the depositions of Kevin Li, Sarah Hibbard, Lohman & Associates, Inc. ("Lohman") and Genentech. The Court finds good cause to extend the deadline to complete these depositions and adopts the parties' proposed deadlines as to the depositions of Li, Hibbard and Lohman. However, as Genentech's motion to quash plaintiff's subpoena remains pending in the Northern District of California, the Court declines to set a deadline for the completion of Genentech's deposition. Instead, counsel for the parties are **ORDERED** to contact the undersigned's chambers within *3 business days* of a ruling on Genentech's motion.

For the reasons stated, the Joint Motion [Dkt. No. 213] is **GRANTED IN PART** and **DENIED IN PART**. The parties must complete the depositions of Kevin Li and Lohman & Associates, Inc., no later than **September 30, 2022**. The parties must complete the deposition of Sarah Hibbard as soon as the witness is physically able to testify but in no event later than **October 31, 2022**. The Court further **ORDERS** as follows:

### AMENDED SCHEDULING ORDER

1. The deadline to complete the depositions of Kevin Li, Sarah Hibbard, Lohman & Associates and Genentech is extended consistent with this Order. No other fact discovery is permitted by this Order.

2. The parties shall designate their respective experts in writing, *and simultaneously exchange any reports required by Federal Rule of Civil Procedure 26(a)(2)(B)*, by **September 30, 2022**. The parties shall designate any rebuttal experts in writing, *and shall simultaneously exchange any reports required by Federal Rule of Civil Procedure 26(a)(2)(B)*, by **October 14, 2022**.

3. All expert discovery shall be completed by **October 31, 2022**.

4.  All pretrial motions must be filed on or before **December 2, 2022**. Counsel for the moving party must obtain a hearing date from the law clerk for the assigned District Judge, in accordance with the District Judge's Chambers Rules and procedures.

5.  The Final Pretrial Conference is scheduled on the calendar of the **Honorable Jinsook Ohta** on **March 21, 2023** at **8:30 a.m.** The deadlines for the parties to complete the related pretrial activities are as follows:

| | |
|---|---|
| Filing of Memoranda of Contentions of Fact and Law, if required | February 1, 2023 |
| Pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) | February 1, 2023 |
| Counsel's pretrial meet and confer pursuant to CivLR 16.1(f)(4) | February 8, 2023 |
| Plaintiff's counsel to provide defense counsel with draft pretrial order | February 15, 2023 |
| Lodgment of final pretrial order | February 22, 2023 |

6.  All other dates, deadlines and mandatory procedures not explicitly amended herein remain as previously set.

**IT IS SO ORDERED.**

Dated: September 2, 2022

_____
Hon. David D. Leshner