UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EpicentRx,<br><br>         Plaintiff,<br><br>v.<br><br>Corey A. Carter,<br><br>         Defendant. | Case No.: 20cv1058-JO-DDL<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |
| Corey A. Carter,<br><br>         Counter Claimant,<br><br>v.<br><br>EpicentRx,<br><br>         Counter Defendant. | |

  EpicentRx filed a motion for reconsideration of the Court's August 24, 2022 order denying in part EpicentRx's motion to dismiss Corey A. Carter's Second Amended Counterclaim. Dkt. 219.

//

//

The Court held oral argument on the motion on November 30, 2022. For the reasons stated on the record during the oral argument, the Court DENIES the motion.

Dated: November 30, 2022

_____
Honorable Jinsook Ohta
United States District Judge