UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., a Delaware corporation, | Case No.:  20-cv-01058-JO-DDL |
| Plaintiff/Counter-Defendant, | **ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER** |
| v. | |
| COREY A. CARTER, M.D., | **and** |
| Defendant/Counter-Claimant. | **AMENDED SCHEDULING ORDER** |
| | **[Dkt. No. 284]** |

Before the Court is the parties' Joint Stipulated Motion to Amend Scheduling Order ("Joint Motion").  Dkt. No. 284.  The parties explain that a continuance of several pretrial dates and deadlines is necessary because a hearing on their cross motions for summary judgment is scheduled for March 15, 2023, and the parties will not know until after the District Court rules on the summary judgment motions which claims or pleadings to address in their filings and exchanges as the current pretrial deadlines approach.  *Id*. at 6. For the reasons that follow, the Joint Motion is granted in part and denied in part.

Among the deadlines the parties request to continue are the deadlines to exchange initial and rebuttal expert designations and reports pursuant to Federal Rule of Civil

Procedure 26(a)(2)(B).  Under the existing Amended Scheduling Order [Dkt. No. 216], the deadline to exchange initial expert designations and reports was September 30, 2022, and the deadline for rebuttal expert designations and reports was October 14, 2022. Furthermore, the deadline to complete all expert discovery was October 31, 2022.  Each of these deadlines has passed and the parties have not provided the current status of expert discovery or an explanation of why a continuance of the expert discovery deadlines is necessary or appropriate at this juncture of the case.  Absent a showing of good cause, the Court declines to continue the deadlines to exchange initial and rebuttal expert designations and reports and to complete expert discovery.

Notwithstanding the Court's ruling regarding expert discovery deadlines, the Court finds good cause to vacate the other pretrial dates and deadlines and reset those dates after the District Court rules on the pending motions for summary judgment.  Accordingly, the Court vacates each of the remaining pretrial deadlines, as follows:

| EVENT | ORIGINAL DATE | CURRENT STATUS |
|---|---|---|
| Memoranda of Contentions of Fact & Law | February 1, 2023 | VACATED |
| Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3) | February 1, 2023 | VACATED |
| Counsel to Meet and Confer Pursuant to CivLR 16.1.f.4 | February 8, 2023 | VACATED |
| Plaintiff's Counsel Provides Draft Pretrial Order to Defense Counsel | February 15, 2023 | VACATED |
| Lodgment of Final Pretrial Order | February 22, 2023 | VACATED |
| Final Pretrial Conference before Hon. Jinsook Ohta | March 21, 2023 | VACATED |

All other dates, deadlines and mandatory procedures not explicitly amended herein remain as previously set.

/ / /

For the foregoing reasons, the Joint Motion [Dkt. No. 284] is **GRANTED IN PART** and **DENIED IN PART**.   The parties are **ORDERED** to contact the undersigned's chambers within three days of the District Court's ruling on the motions for summary judgment to schedule a further status conference.

**IT IS SO ORDERED.**

Dated:  February 10, 2023

Honorable David D. Leshner
United States Magistrate Judge