GUY A. RICCIARDULLI, ESQ., SB#116128
ATTORNEY AT LAW
12396 WORLD TRADE DRIVE, SUITE 116
SAN DIEGO, CA 92128
858 487-8006
gricciardu@aol.com

Attorneys for DEFENDANT/COUNTERCLAIMANT
COREY A. CARTER, M.D.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>COREY A. CARTER, M.D., an individual<br><br>　　　　Defendant.<br>_____<br><br>COREY A. CARTER, M.D., an individual,<br><br>　　　　Counterclaimant<br>v.<br><br>EPICENTRX, INC., a Delaware corporation,<br><br>　　　　Counter-Defendant.<br>_____ | Case No.: 20-cv-1058-JO-DDL<br><br>**DEFENDANT/ COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3) et. seq.**<br><br><br>HONORABLE JINSOOK OHTA<br><br>MAGISTRATE: HON. DAVID LASHNER<br><br>TRIAL: October 16, 2023 |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.

_____
1
**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL  DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

("CARTER") provides the following disclosures. These disclosures are based on information reasonably available at this time.

A. WITNESSES

| Putative Investors:    (12) | Contact Info |
|---|---|
| Barnes, Norman | 415-218-7535   or   925-837-2180<br>2377 Royal Oaks Dr.  Alamo, CA 94507<br>419 Kinross Dr.  Walnut Creek, CA 94598 |
| Brown, James | 650-245-5594<br>111 Greenbriar  Moroga, CA 94556 |
| Carey, Tom | 650-208-8349<br>1580 Laurel St. #C.  San Carlos, CA 94070 |
| Everett, Ken | 925-393-4840 |
| Higgins, Chuck | 925-667-7762 |
| Horn, Ralph | 408-781-0144   or   408-358-1202<br>233 Forreser Road<br>Los Gatos, CA 95032 |
| Johansen, Tom | 925-989-0867 |
| Marinai, Robert | 510-326-7131<br>2462 Stockbridge Dr.  Oakland, CA 94611 |
| Schwartz, Neal S | 408-888-1571<br>834 Jansen Avenue  San Jose, CA 95125 |
| Shutte, Jerald | 818-262-1400 |
| Singh, Sandy | 925-699-1648 |
| Vearsey, Don | 510-461-3140  or  510-582-3792 |

| EpicentRx Employees  or Consultants | |
|---|---|
| Brinkhaus, Franck | 650-868-8511 |
| Caroen, Scott | 415-715-7786<br>680 Mission St Unit 30P<br>San Francisco, CA 94105 |
| Carbonel, Nando | 408-482-9660 |
| Oronsky, Bryan | 408-569-3202 |

---

2

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL  DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

|  | 28540 Matadero Creek LN, Los Altos, CA 94022 |
|---|---|
| Pratt, Allison | 949-588-8385<br>25108 Marguerite Parkway, A#430 Mission Viejo, CA 92692 |
| Quinn, Mary | 240-418-1324<br>10101 Grosvenor Pl #1617 Rockville, MD 20852 |
| Reid, Tony | 858-353-1942<br>5478 Rider Pl San Diego, CA 92130 |
| Stirn, Meaghan | 858-229-1062<br>PO Box 2734 Rancho Santa Fe, CA 92067 |
| Varner, Gina | 909-816-6988<br>8622 Onalaska Ave San Diego, CA 92123 |

| **Former EpicentRx Employees and Consultants** |  |
|---|---|
| Carheel Joseph | 210-325-6391<br>2945 Starry Night Dr.  Escondido, CA 92029 |
| Davis, Dan | 408-476-7012<br>19963 Hale Ave, Morgan Hill, Ca 95037 |
| Henry, Grace | 619-818-7093 |
| Hibbard, Sarah | 858-232-0230<br>1565 Northrim Ct #286  San Diego, CA 92111 |
| Neptune, Maggie | 510-410-9124<br>201 Cobblepoint Way<br>Holly Springs, NC 27540 |
| Oronsky, Neil | 650-815-8004<br>28540 Matadero Creek LN<br>Los Altos, CA 94022 |

| **Prothex (formely Drais) Employees (2)** |  |
|---|---|

_____
3
**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL  DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| | |
|---|---|
| Bianco, James | 206-778-5766 |
| Tempel, Donna | 210-310-7479 |
| **Accountants / Auditors (4)** | |
| Collato, Stefanie | 760-710-9373 |
| Dehner, Dan | 858-945-1509 |
| Rinn, Eli | 619-237-6791 |
| Whittman, Shannon | 949-322-7111 |
| **Others with knowledge (2)** | |
| Carter, Karissa | Contact through Defendant / Counterclaim Attorney |
| Botts, Arnie | Contact through Defendant / Counterclaim Attorney |
| **Former Employer / Military (1)** | |
| Perkins, Jeremy | 443-226-2753 |
| **Current Employer (1)** | |
| Eisen, Tim | +44 7500 065979 |
| **Investment Banker (1)** | |
| Carr, Jake | 619-515-5841 or 312-576-1851 |
| | |
| **Alpha Biopharma (1)** | |
| Ripley, Dan | 619-971-8372 |
| Li, Kevin | |
| **Expert Witness** | |
| Brian Bergmark Torrey Partners | 3390 Carmel Mountain Rd. San Diego Ca 92128 858-847-001 |

---

4

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

## B. WITNESSES WHO MAY BE CALLED IF NECESSARY

| Abrouk, Nacer | 650-495-9909<br>1917 Vida CT Mountain View, CA 94043 |
|---|---|
| Donahue, Emily | 415-717-9051 |
| Ferry, Lindsey | 240-848-3756 |
| Randle, Murlene | 415-352-0189 |
| Sales, Gina | 831-229-8630 |
| Eisen, Tim | +44 7500 065979 |

## C. WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY MEANS OF DEPOSITION

**1.** Maggie Neptune

2. Jeremy Perkins, 443-226-2753

3. Shutte, Jerald

CARTER has provided, to the best of his knowledge and ability at this time, complete and accurate information regarding individuals who may have discoverable information that CARTER may use to support his claims other than rebuttal and impeachment witnesses. CARTER reserves the right to supplement this list with the names of additional individuals, or delete individuals from this list.

## D. Exhibits

| 1. | Proprietary Information and Inventions | Dated |
|---|---|---|

_____
5
**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

|   | Agreement signed by Carter (Exhibit Carter Dec. Exh #1, Carter's MSJ) | 4-19-2019 |
|---|---|---|
| 2. | Personal Guarantee signed by Neal Oronsky (Exhibit Carter Dec. Exh #5, Oppo MSJs) | 8-23-2015 |
| 3. | Email from Scott Caroen to Norm Barnes With attachments (Exhibit Carter Dec. Exh #6, Oppo MSJs) | September 10, 2015 at 4:42:02 pm |
| 4 | Emails from Corey Carter to Karl Fussels Re: Notice of a Board Meeting 5/6/2020 (Exhibit Carter Dec. Exh #12 Oppo MSJs) | Dated May 4 2020 at 4:53:35 pm |
|   | Emails from Corey Carter to Tony Reid Re: Notice of a Board Meeting 5/6/2020 | Dated May 4, 2020 at 4:48:23 pm |
|   | Emails from Corey Carter to Stephen Davis Re: Notice of a Board Meeting 5/6/2020 | Dated May 4, 2020 at 4:48:08 |
|   | Emails from Corey Carter to James Brow Re: Notice of a Board Meeting 5/6/2020 | Dated May 4, 2020 at 4:47:35 pm |
|   | Emails from Corey Carter to Arnie Oronsky Re: Notice of a Board Meeting 5/6/2020 (Exhibit Carter Dec. Exh #4, Carter's MSJ) | Dated May 4, 2020 at 4:47:00 pm |
| 5 | Email from Corey Carter to A. Oronsky and Stephen Davis Re: Board Meeting (Exhibit Carter Dec. Exh #5, Carter's MSJ) DKT # 267-20 | Dated May 5, 2020 at 3:58:01 pm |
| 6 | Email from Corey Carter to Fussels, Brwon, Reid and Davis | Dated May 5, 2020 at 4:03:42 pm |

_____

6

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| | | |
|---|---|---|
| | (Exhibit Carter Dec. Exh #6, Carter's MSJ) | |
| 7 | Email from Stephen Davis to Carter Re: Board Meeting (Exhibit Carter Dec. Exh #7, Carter's MSJ) | Dated May 5, 2020 at 4:15 pm |
| 8 | State of California Secretary of State Statement of Information re: Coderant LLC And Business Search Entity Detail (Previously filed as Docket # 23-28) | Filed February 18, 2005 |
| 9 | Apple managed devices compilation (Exhibit Carter Dec. Exh #19, Oppo MSJs) | |
| 10 | Department of State – Delaware Search for Skyway It, LLC (Previously filed as Docket # 23-27) | |
| 11 | Emails from AT&T Re: Apple phones (Exhibit Carter Dec. Exh #21, Oppo MSJs) | September 14, 2015 January 8, 2018 December 31, 2019 |
| 12 | Photograph of office lock (Exhibit Carter Dec. Exh #22, Oppo MSJs) | |
| 13 | String of Emails between Carter and Canary (Exhibit Carter Dec. Exh #23, Oppo MSJs) | July 27, 2020 |
| 14 | String of Emails re: alarm system (Exhibit Carter Dec. Exh #24, Oppo MSJs) | June 7, 2019 to September 23, 2019 |
| 15 | Email from Carolyn Ray To: Bryan Oronsky and Corey Carter Re: on line sales of Rxx-001 | March 22, 2017 at 2:47 pm |

7

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

|  |  |  |
|---|---|---|
|  | (Exhibit Carter Dec. Exh #15, Carter's MSJ) |  |
| 16 | Emails between Carter and various Chinese entities and indivuals<br><br>(Exhibit Carter Dec. Exh #16, Carter's MSJ) |  |
| 17 | Article: Epincentrx inc and SciClone Pharmaceuticals establish Licensing Agreement RRx-001<br>(Exhibit Carter Dec. Exh #29, Oppo MSJs) | July 1, 2020 |
| 18 | <u>EpiRx L.P. v EpicentRx et al</u><br>Complaint<br>Superior Court County of San Diego<br>Case # 37-2022-00015228<br>(Exhibit Carter Dec. Exh #16, Oppo MSJs) | Filed April 25, 2022 |
| 19 | Epicentrx's personnel Records on Corey Carter<br>(Exhibit Ricciardulli Dec. Exh #10, Carter's MSJ) |  |
| 20 | Email from Davis to Hibbard<br>Re Bonuses<br>Exhibit Carter Dec. Exh #2, Oppo MSJs) | July 26, 2019 11:11 AM |
| 21 | Letter to Arnie Oronsky<br>Re: audit issues<br>Carter 0000196-197 (Exhibit Carter Dec. Exh #3, Oppo MSJs) |  |

8

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| 22 | Report of Investigation<br>By John Holem (Exhibit Carter Dec. Exh #4, Oppo MSJs) | May 20, 2020 |
|---|---|---|
| 23 | Email from A. Oronsky to D. Davis<br>(Exhibit Carter Dec. Exh #7, Oppo MSJs) | February 24, 2017 |
| 24 | Emails between Neil Oronsky and N. Carbonel<br><br>Email From Brian Oronsky to Caroen and N. Oronsky<br>EpicentRx 110764, 110907<br>(Exhibit Carter Dec. Exh #8, Oppo MSJs) | April 16, 2020<br><br>April 30, 2020 |
| 24 | Emails from B. Oronsky to Scicinsky, Stirn, Fanger, Caroen, Parker & Davis<br>(Exhibit Carter Dec. Exh #9, Oppo MSJs) | February 12, 2016 |
| 25 | Ca. Secretary of State, State of Information on Vigilare Properties, LLC<br>(Exhibit Carter Dec. Exh #10 Oppo MSJs) | Filed February 19, 2015 |
| 26 | 2 Documents re: Vigilare Properties LLC<br>(Exhibit Carter Dec. Exh #11, Oppo MSJs) | |
| 27 | Email from Carter to A. Oronsky re: confirmation of telephone conversation<br>(Exhibit Carter Dec. Exh #13 Oppo MSJs) | May 5, 2020 at 3:58:01 |
| 28 | Email from Carter to A Oronsky<br>(Exhibit Carter Dec. Exh #14, Oppo MSJs) | |
| 29 | Email from S. Davis | May 5, 2020 4:14 pm |

---

9

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| | | | |
|---|---|---|---|
| | | Re Board Meeting (Exhibit Carter Dec. Exh #15, Oppo MSJs) | |
| | 30 | Journal of Experimental & Clinical Cancer Research (Exhibit Carter Dec. Exh #26, Oppo MSJs) | |
| | 31 | Journal of Experimental & Clinical Cancer Research (Exhibit Carter Dec. Exh #27, Oppo MSJs) | |
| | 32 | Emails and Attachments (Exhibit Carter Dec. Exh #28, Oppo MSJs) | |
| | 33 | Email from Murlene Randle to Carter (Exhibit Carter Dec. Exh #30, Oppo MSJs) | March 18, 2020 1:43 pm |
| | 34 | Charges on Caroen Credit Card (Exhibit Carter Dec. Exh #31, Oppo MSJs) | |
| | 35 | Email from Carter to Baker Re: Email from Caroen dated November 26, 2018 11:20:02 pm (Exhibit #11 to Ricciardulli Dec. Oppo to MSJs) DKT #295-46 | November 27, 2018 6:40:38 am |
| | 36 | Angel Coyle- reports to Gina Varner EPI098490 (Exhibit #13 to Ricciardulli Dec. Oppo to MSJs) | 5-5-2020 |
| | 37 | Gina Varner notes EPI098493 | 5-5-2020 |

_____

10

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| | | |
|---|---|---|
| | (Exhibit #14 to Ricciardulli Dec. Oppo to MSJs) | |
| 38 | Erica Burbano notes EPI098491 (Exhibit #15 to Ricciardulli Dec. Oppo to MSJs) | 5-5-2020 |
| 39 | Chain Email from Carter to James Brown Re Compensation Committee (Exhibit #16 to Ricciardulli Dec. Oppo to MSJs) | July 13, 2019 3:56;27 pm |
| 40 | ClinicalTrial.gov 13 studies for RRx-001 (Exhibit #17 to Ricciardulli Dec. Oppo to MSJs) | |
| 41 | Emails between Carter and Caroen Re: Organizing Expenses (Exhibit #18 to Ricciardulli Dec. Oppo to MSJs) | May 31, 2019 9:59 am Through 10:42;21 am |
| 42 | Email from Carter To various staff Re; Hiring Allison Pratt as HR (Exhibit #19 to Ricciardulli Dec. Oppo to MSJs) | March 3, 2020 8:20:07 pm |
| 43 | Email from Carter to Pratt Re: Conversation with Deloitte (Exhibit #20 to Ricciardulli Dec. Oppo to | April 6, 2020 at 3:52:20 pm |

11

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| | | |
|---|---|---|
| | MSJs) | |
| 44 | Email from Carter to Pratt<br>Re: Grace Henry<br>(Exhibit #21 to Ricciardulli Dec. Oppo to MSJs) | April 6, 2020<br>2:47:17 pm |
| 45 | Email from Carter to Board of Directors<br>Re: Materials for Board Meeting<br>(Exhibit #12 to Ricciardulli Dec. Oppo to MSJs) | September 5, 2019<br>1:43 pm |
| 46 | Email from Stirn to Carter<br>Re: 1099<br>(Exhibit #23 to Ricciardulli Dec. Oppo to MSJs) | April 17, 2018<br>At 12:51:21 |
| 47 | Email from Stirn to Carbonel<br>Re: employee list<br>(Exhibit #24 to Ricciardulli Dec. Oppo to MSJs) | March 13, 2018 6:33 pm |
| 48 | Articles etc re: RRx-001<br>(Exhibit #25 to Ricciardulli Dec. Oppo to MSJs) | |
| 49 | Personal Financial Statement Neil Oronsky<br>(Exhibit #26 to Ricciardulli Dec. Oppo to MSJs) | 08/09/78 |
| 50 | Email from Carter to Fusseis<br>Re: term sheets for Fosun and SciClone | April 16, 2020 at 21:56 |

---
12

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| | | |
|---|---|---|
| | (Exhibit #27 to Ricciardulli Dec. Oppo to MSJs) | |
| 51 | Email from Carter<br>To A. Oronsky and Karl Fusseis<br>Re: project plan and next steps<br>(Exhibit #28 to Ricciardulli Dec. Oppo to MSJs) | April 10, 2020<br>At 6:43:51 |
| 52 | Email from Dan Dehner to Brinkhaus<br>Re: Summary of January 8, 2020 meeting<br>(Exhibit #29 to Ricciardulli Dec. Oppo to MSJs) | January 8, 2020 8:46:20 pm |
| 53 | Email to A Oronsky from Carter<br>Re: confirming meeting conversation<br>(Exhibit #30 to Ricciardulli Dec. Oppo to MSJs) | November 3, 2019 |
| 54 | Email between Brinkhaus to Carter<br>Re: Year end; Fees and timings<br>(Exhibit #31 to Ricciardulli Dec. Oppo to MSJs) | September 25, 2019<br>At 12:17;07 |
| 55 | Email from Brinkhaus to Carter<br>Re: fees and timing<br>(Exhibit #32 to Ricciardulli Dec. Oppo to MSJs) | August 29, 2019<br>At 2:24;21 pm |
| 56 | Email from A Oronsky to D. Davis<br>Re: topics of Our Meeting on Monday | February 24, 2017<br>at 4:40pm |

13

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

|    |                                                        |                |
|----|--------------------------------------------------------|----------------|
|    | (Exhibit #33 to Ricciardulli Dec. Oppo to MSJs)        |                |
| 57 | Document Bate Stamp # EPI062246                        |                |
| 58 | Document Bate Stamp # EPI065148                        |                |
| 59 | Document Bate Stamp # EPI065150                        |                |
| 60 | Document Bate Stamp # EPI065152                        |                |
| 61 | Document Bate Stamp # EPI065768                        |                |
| 62 | Document Bate Stamp # EPI030600                        |                |
| 63 | Document Bate Stamp # EPI029153                        |                |
| 64 | Document Bate Stamp # EPI031154                        |                |
| 65 | Document Bate Stamp # EPI031036                        |                |
| 66 | Document Bate Stamp # EPI4035.1                        |                |
| 67 | Document Bate Stamp # EPI017618                        |                |
| 68 | Document Bate Stamp # EPI 1094526                      |                |
| 71 | Document Bate Stamp # EPI1032877                       |                |
| 72 | Document Bate Stamp #110996                            |                |
| 73 | Lohman & Dehner EpicentRx work file                    |                |
| 74 | Epicentrx Board Meeting Agenda and minutes             | September 2019 |
| 75 | FDA records re EpicentRx clinical trials               |                |
| 76 | Document Bate Stamp # EPI 536016                       |                |
| 77 | Document Bate Stamp # EPI 536004                       |                |
| 78 | Document Bate Stamp # EPI 536009                       |                |
| 79 | Document Bate Stamp # EPI 536010                       |                |

_____
14
**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

| 80 | Document Bate Stamp # EPI 110337 | |
|---|---|---|
| 81 | Document Bate Stamp # EPI 068007 | |
| 82 | Document Bate Stamp # EPI 103330 | |
| 83 | Epicentrx Stock Option Documents | |
| 84 | Prothex Stock Grant | |
| 85 | Declaration of Scott Caroen DKT #5-17 | July 14, 2020 |
| 86 | Declaration of Meaghan Stirn DKT #18 through 18-4 | July 22, 2020 |
| 88 | Declaration of Nando Carbonel DKT #19 through 19-2 | July 22, 2020 |
| 89 | Declaration of Scott Caroen DKT # 25-3 | August 10, 2020 |
| 90 | Declaration of Scott Caroen DKT #80-1 | February 5, 2021 |
| 91 | Declaration of Scott Caroen DKT # 94-1 | February 15, 2021 |
| 92 | Declaration of Scott Caroen DKT # 119- | February 2, 2021 |
| 93 | Declaration of Scott Caroen DKT #129-4 | December 1, 2021 |
| 94 | Document Bate Stamp # EPI 237557 | |
| 95 | Document Bate Stamp # EPI 098468-69 | |
| 96 | Email from Corey Carter to Tony Reid and Bryan Oronsky Karl Fuesseis and Gerhard | June 20th, 2019 at 10:15 am |

_____
15
**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

|   |   | AVV |   |
|---|---|---|---|
|   | 97 | Email from Corey Carter to Arnold Oronsky Phase 3 Budget | July 22, 2019. 1:12 PM |
|   | 98 | An email with attachments sent to Arnold Oronsky, James Brown, Karl Fusseis, Bryan Oronsky<br>September 5th, 2019. Board Meeting Materials for Board Meeting | Sept. 6th, 2019. at 1:43 PM |
|   | 99 | Email from Meaghan Stirn to Nando Carbonell cc Corey Carter<br>Employee List: | Tuesday, March 13th, 2018 6:33 PM. |
|   | 100 | From Corey Carter<br>To: Allison Pratt<br>Subj:  FW: Concerned | Tuesday, April 2, 2020 at &:14 AM |
|   | 101 | From Corey Carter to Allison Pratt<br>Subj:  Conversation with Deloitte | Monday, April 6th, 2020 at 3:52 PM |
|   | 102 | From Corey Carter<br>To: Scott Caroen<br>Subj: RE: Organizing Expenses | May 31, 2019 at 10:42 AM |
|   | 103 | From: Bryan Oronsky<br>To: Sarah Hibbard, Corey Carter, Scott Caroen<br>SUBJ:  RE: Did you see this?  Researchers in Italy just published a Pubmed indexed article with RRx-001 in bladder cancer | Wednesday, April 17th, 2019  12:01 PM, 2:07 PM, and 7:54 PM |
|   | 104 | Consulting agreement between Carter and EpicentRx | March 1, 2018 |
|   |   | Employment Agreement between Carter and Epicentrx | April 17, 2019 |

_____
16
**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**

CARTER has provided, to the best of his knowledge and ability at this time, complete accurate information regarding documents that CARTER may use to support his claims. CARTER reserves the right to supplement this list with additional documents or delete documents from this list.

                                        Respectfully Submitted

Dated 9-15-23        LAW OFFICES OF GUY A. RICCIARDULLI

                                  By: *s/Guy A. Ricciardulli*
                                  GUY A. RICCIARDULLI
                                  Attorneys for Defendant/Counterclaimant
                                  Corey A. Carter, M.D.

---

**DEFENDANT/COUNTERCLAIMANT COREY A. CARTER M.D.'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a) et. seq.**