Todd A. Boock (SBN 181933)
todd@bnsklaw.com
Jill Ray Glennon (SBN 204506)
jill@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025-0389
Telephone:  (310) 593-9890
Facsimile:   (310) 593-9980

James A. Lassart (SBN 040913)
JLassart@mpbf.com
Adrian G. Driscoll (SBN 095468)
ADriscoll@mbpf.com
**MURPHY, PEARSON, BRADLEY & FEENEY**
580 California Street, Suite 1100
San Francisco, California 94104-1001
Telephone:  (415) 788-1900
Facsimile:   (415) 393-8087

*Attorneys for Plaintiff/Counter-Defendant*
EPICENTRX, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., a Delaware corporation,<br><br>Plaintiff/ Counter-Defendant,<br><br>v.<br><br>COREY A. CARTER, M.D.,<br><br>Defendant/Counter-Claimant. | Case No. 3:20-cv-01058-JO-DDL<br><br>Hon. Jinsook Ohta<br>Magistrate:  Hon. David D. Leshner<br><br>**PLAINTIFF AND COUNTER-DEFENDANT EPICENTRX, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3)(A) DISCLOSURES** |

Pursuant to Rule 26(A)(3)(a)(i)-(iii) of the Federal Rules of Civil Procedure, Plaintiff EpicentRx, Inc. provides the following disclosures of exhibits. These disclosures are based on information reasonably available at this time.

| NUMBER | DOCUMENT – Rule 26(A)(3)(a)(i)-(ii) |
|---|---|
| 1. | EpicentRx, Inc. Consulting Agreement dated March 1, 2018 ("2018 Consulting Agreement") between EpicentRx and Carter. |
| 2. | Employment Agreement dated April 17, 2019 between EpicentRx and Carter. ("2019 Employment Agreement") and Proprietary Information and Inventions Agreement dated April 19, 2019 between EpicentRx and Carter ("PIIA") |
| 3. | Acknowledgement and Receipt of Employee Handbook, Executed June 1, 2019 by Corey A. Carter. |
| 4. | EpicentRx Employee Handbook dated January, 2018. |
| 5. | Report of Neptune Clinical Consulting, LLC. Dated January 21, 2020. EPI080966-68. |
| 6. | On November 13, 2019, email from Dr. Tony Reid to Dr. Carter. Carter Dep. Ex. 23 |
| 7. | Written memorandum dated January 25, 2020. Caroen Decl. (Dkt. 80-1) Ex. F. |
| 8. | On January 31, 2020, email consenting to Dr. Tony Reid appointment as President of EpicentRx, replacing Corey Carter. EPI1312665-66. |
| 9. | Email dated February 1, 2020 from Carter to Dr. Reid. Carter Dep. Ex. 24. |
| 10. | Minutes of Executive Committee Meeting dated April 22, 2020. EPI348115-117. |
| 11. | Oral Report for Board Meeting Friday, May 8, 2020. EPI098635-37. |
| 12. | Carter Dep. Ex. 17. |

| | | |
|---|---|---|
| 1 | 13. | Carter Dep. Ex. 18. |
| 2 | 14. | Video files of recordings from Defendant's office, reception and rear of office. |
| 3 | 15. | Carter Dep. Ex. 19. |
| 4 | 16. | Carter Dep. Ex. 20. |
| 5 | 17. | Image of the recording device in Dr. Carter's office. Carter Dep. Ex. 18. |
| 6 | 18. | Image of the recording device in Dr. Carter's office. Carter Dep. Ex. 18. |

| | | |
|---|---|---|
| 19. | Image of the recording device in Dr. Carter's office.  Carter Dep. Ex. 18. | |
| 20. | Access log for key cards used to enter EpicentRx's office.  Stirn Decl. (Dkt. 250, Ex. A) Ex. 4. | |
| 21. | Spreadsheet cross referencing calendar entries on EpicentRx's server with EpicentRx's keycard access logs.  Stirn Decl. (Dkt. 250, Ex. A) Ex. 5. | |
| 22. | Dottikon, NDA.  EPI534029-33. | |
| 23. | Prothex NDA.  EPI250294-97. | |
| 24. | Cambrex NDA.  Caroen Decl. (Dkt. 240-3) Ex. 9. | |
| 25. | FOSUN NDA.  EPI246939. | |
| 26. | Caroen Decl. (Dkt. 94-1) Ex. J. | |
| 27. | Kevin Li Dep. Ex. 3. | |
| 28. | May 6, 2020, vote of no confidence. EPI534590-91. | |
| 29. | EpicentRx's business records reflecting computer and other electronic devices provided to Carter.  Stirn Decl. (Dkt. 18) Ex. A. | |

| | | |
|---|---|---|
| 1 | 30. | EpicentRx's business records reflecting computer and other electronic devices provided to Carter.  Stirn Decl. (Dkt. 18) Ex. B. |
| 2 | 31. | EpicentRx's business records reflecting computer and other electronic devices provided to Carter.  Stirn Decl. (Dkt. 18) Ex. C. |
| 3 | 32. | EpicentRx's business records reflecting computer and other electronic devices provided to Carter.  Stirn Decl. (Dkt. 18) Ex. D. |
| 4 | 33. | EpicentRx's business records reflecting computer and other electronic devices provided to Carter.  Stirn Decl. (Dkt. 18) Ex. E. |
| 5 | 34. | Online list of over 30 online vendors purporting to manufacture and sell RRx-001.  Oronsky Decl. (Dkt. 240-6) Ex. 1. |
| 6 | 35. | Article dated May 28, 2020.  Oronsky Decl. (Dkt. 80-2) Ex. G. |
| 7 | 36. | Email dated November 2, 2016 from Jan Scicinski to Carter.  Caroen Decl. ISO TRO Based on Newly Discovered Facts (Dkt. 80-1) Ex. D. |
| 8 | 37. | L&D SOW 1.  Boock Decl. (Dkt. 240-6) Ex. 7. |
| 9 | 38. | L&D SOW 2.  Boock Decl. (Dkt. 240-6) Ex. 8. |
| 10 | 39. | April 10, 2020 email from L&D.  L&D Dep. Ex. 6. |
| 11 | 40. | April 11, 2020 email from Carter to A. Oronsky and K. Fusseis.  Boock Decl. (Dkt. 240-7) Ex. 10. |
| 12 | 41. | Email dated April 14, 2020 to L&D.  EPI342635-37. |
| 13 | 42. | Amended and Restated License Between Northrop Grumman Innovation Systems, Inc. ad EpicentRx, Inc.  Reid Decl. (Dkt. 240-4) Ex. 4. |
| 14 | | Email dated February 11, 2021from Lou Cannizzo re Request to Discuss Important Item.  Caroen Decl. (Dkt. 94-2) Ex. J. |
| 15 | 43. | Hibbard Dep. Ex. 5. |
| 16 | 44. | Carter Dep. Ex. 38. |

| | |
|---|---|
| 45. | JRM Investigation Interview. CARTER 0004791-93 |
| 46. | JRM Investigation Interview. CARTER 0004794-95. |
| 47. | JRM Investigation Interview of Tom Carey. CARTER 0004840-41. |
| 48. | Document entitled, "Personal Guarantee." Schutte Dep. Ex. 4. |
| 49. | JRM Investigation Interview. CARTER 0004841-44. |
| 50. | Document from JRM File. CARTER 0004918-19. |
| 51. | Document from JRM File. CARTER0001052-54. |
| 52. | Document from JRM File. CARTER 0001066-67. |
| 53. | Document from JRM File. CARTER 0004796. |
| 54. | May 4, 2020 email from Dr. Carter to A. Oronsky. Carter Dep. Ex. 25. |
| 55. | May 5, 2020 email from Arnold Oronsky to Dr. Carter. EPI110996. |
| 56. | Vote of no confidence. EPI534590-91. |
| 57. | PowerPoint presentation entitled, "Potential Misconduct." EPI351454-59. |
| 58. | Corey A. Carter M.D. Dep. Ex. 1 |
| 59. | Corey A. Carter M.D. Dep. Ex. 2 |
| 60. | Corey A. Carter M.D. Dep. Ex. 3 |
| 61. | Corey A. Carter M.D. Dep. Ex. 4 |
| 62. | Corey A. Carter M.D. Dep. Ex. 5 |
| 63. | Corey A. Carter M.D. Dep. Ex. 6 |
| 64. | Corey A. Carter M.D. Dep. Ex. 7 |
| 65. | Corey A. Carter M.D. Dep. Ex. 8 |
| 66. | Corey A. Carter M.D. Dep. Ex. 9 |
| 67. | Corey A. Carter M.D. Dep. Ex. 10 |
| 68. | Corey A. Carter M.D. Dep. Ex. 11 |
| 69. | Corey A. Carter M.D. Dep. Ex. 12 |

| | | |
|---|---|---|
| | 70. | Corey A. Carter M.D. Dep. Ex. 13 |
| | 71. | Corey A. Carter M.D. Dep. Ex. 14 |
| | 72. | Corey A. Carter M.D. Dep. Ex. 15 |
| | 73. | Corey A. Carter M.D. Dep. Ex. 16 |
| | 74. | Corey A. Carter M.D. Dep. Ex. 21 |
| | 75. | Corey A. Carter M.D. Dep. Ex. 22 |
| | 76. | Corey A. Carter M.D. Dep. Ex. 24 |
| | 77. | Corey A. Carter M.D. Dep. Ex. 26 |
| | 78. | Corey A. Carter M.D. Dep. Ex. 27 |
| | 79. | Corey A. Carter M.D. Dep. Ex. 28 |
| | 80. | Corey A. Carter M.D. Dep. Ex. 29 |
| | 81. | Corey A. Carter M.D. Dep. Ex. 30 |
| | 82. | Corey A. Carter M.D. Dep. Ex. 31 |
| | 83. | Corey A. Carter M.D. Dep. Ex. 32 |
| | 84. | Corey A. Carter M.D. Dep. Ex. 33 |
| | 85. | Corey A. Carter M.D. Dep. Ex. 34 |
| | 86. | Corey A. Carter M.D. Dep. Ex. 35 |
| | 87. | Corey A. Carter M.D. Dep. Ex. 36 |
| | 88. | Corey A. Carter M.D. Dep. Ex. 37 |
| | 89. | Corey A. Carter M.D. Dep. Ex. 39 |
| | 90. | Corey A. Carter M.D. Dep. Ex. 40 |
| | 91. | Corey A. Carter M.D. Dep. Ex. 41 |
| | 92. | Christian Carter Dep. Ex. 1 |
| | 93. | Christian Carter Dep. Ex. 2 |
| | 94. | Christian Carter Dep. Ex. 3 |
| | 95. | Christian Carter Dep. Ex. 4 |
| | 96. | Christian Carter Dep. Ex. 5 |

| 97.  | Christian Carter Dep. Ex. 6 |
|------|------------------------------|
| 98.  | Christian Carter Dep. Ex. 7 |
| 99.  | Christian Carter Dep. Ex. 8 |
| 100. | Gail Carter Dep. Ex. 1 |
| 101. | Gail Carter Dep. Ex. 2 |
| 102. | Gail Carter Dep. Ex. 3 |
| 103. | Gail Carter Dep. Ex. 4 |
| 104. | Gail Carter Dep. Ex. 5 |
| 105. | Col. Jeremy Perkins Dep. Ex. 1 |
| 106. | Col. Jeremy Perkins Dep. Ex. 2 |
| 107. | Col. Jeremy Perkins Dep. Ex. 3 |
| 108. | Col. Jeremy Perkins Dep. Ex. 4 |
| 109. | Col. Jeremy Perkins Dep. Ex. 5 |
| 110. | Col. Jeremy Perkins Dep. Ex. 6 |
| 111. | Col. Jeremy Perkins Dep. Ex. 7 |
| 112. | Karissa Carter Dep. Ex. 1 |
| 113. | Karissa Carter Dep. Ex. 2 |
| 114. | Sarah Hibbard Dep. Ex. 1 |
| 115. | Sarah Hibbard Dep. Ex. 2 |
| 116. | Sarah Hibbard Dep. Ex. 3 |
| 117. | Sarah Hibbard Dep. Ex. 4 |
| 118. | Sarah Hibbard Dep. Ex. 6 |
| 119. | Sarah Hibbard Dep. Ex. 7 |
| 120. | Sarah Hibbard Dep. Ex. 8 |
| 121. | Sarah Hibbard Dep. Ex. 9 |
| 122. | Sarah Hibbard Dep. Ex. 10 |
| 123. | Sarah Hibbard Dep. Ex. 11 |

| 124. | Sarah Hibbard Dep. Ex. 12 |
|---|---|
| 125. | Jerald Schutte Dep. Ex. 1 |
| 126. | Jerald Schutte Dep. Ex. 2 |
| 127. | Jerald Schutte Dep. Ex. 3 |
| 128. | Jerald Schutte Dep. Ex. 5 |
| 129. | Jerald Schutte Dep. Ex. 6 |
| 130. | Jerald Schutte Dep. Ex. 7 |
| 131. | Jerald Schutte Dep. Ex. 8 |
| 132. | Jerald Schutte Dep. Ex. 9 |
| 133. | Jerald Schutte Dep. Ex. 10 |
| 134. | Jerald Schutte Dep. Ex. 11 |
| 135. | Jerald Schutte Dep. Ex. 12 |
| 136. | Kevin Li Dep. Ex. 1 |
| 137. | Kevin Li Dep. Ex. 2 |
| 138. | Kevin Li Dep. Ex. 4 |
| 139. | Kevin Li Dep. Ex. 5 |
| 140. | Kevin Li Dep. Ex. 6 |
| 141. | Kevin Li Dep. Ex. 7 |
| 142. | Kevin Li Dep. Ex. 8 |
| 143. | Kevin Li Dep. Ex. 9 |
| 144. | Kevin Li Dep. Ex. 10 |
| 145. | Kevin Li Dep. Ex. 11 |
| 146. | Kevin Li Dep. Ex. 12 |
| 147. | Kevin Li Dep. Ex. 13 |
| 148. | Kevin Li Dep. Ex. 14 |
| 149. | Kevin Li Dep. Ex. 15 |
| 150. | Kevin Li Dep. Ex. 16 |

| | | |
|---|---|---|
| 1 | 151. | Kevin Li Dep. Ex. 17 |
| 2 | 152. | Kevin Li Dep. Ex. 18 |
| 3 | 153. | Kevin Li Dep. Ex. 19 |
| 4 | 154. | Kevin Li Dep. Ex. 20 |
| 5 | 155. | Kevin Li Dep. Ex. 21 |
| 6 | 156. | Kevin Li Dep. Ex. 22 |
| 7 | 157. | Kevin Li Dep. Ex. 23 |
| 8 | 158. | Kevin Li Dep. Ex. 24 |
| 9 | 159. | Kevin Li Dep. Ex. 25 |
| 10 | 160. | Kevin Li Dep. Ex. 26 |
| 11 | 161. | Kevin Li Dep. Ex. 27 |
| 12 | 162. | Kevin Li Dep. Ex. 28 |
| 13 | 163. | Kevin Li Dep. Ex. 29 |
| 14 | 164. | Dan Ripley Dep. Ex. 1 |
| 15 | 165. | Dan Ripley Dep. Ex. 2 |
| 16 | 166. | Dan Ripley Dep. Ex. 3 |
| 17 | 167. | Dan Ripley Dep. Ex. 4 |
| 18 | 168. | Dan Ripley Dep. Ex. 5 |
| 19 | 169. | Dan Ripley Dep. Ex. 6 |
| 20 | 170. | Dan Ripley Dep. Ex. 7 |
| 21 | 171. | L&D Dep. Ex. 1 |
| 22 | 172. | L&D Dep. Ex. 2 |
| 23 | 173. | L&D Dep. Ex. 3 |
| 24 | 174. | L&D Dep. Ex. 4 |
| 25 | 175. | L&D Dep. Ex. 5 |
| 26 | 176. | L&D Dep. Ex. 6 |
| 27 | 177. | L&D Dep. Ex. 7 |

| | | |
|---|---|---|
| 1 | 178. | L&D Dep. Ex. 8 |
| 2 | 179. | L&D Dep. Ex. 9 |
| 3 | 180. | Genentech Dep. Ex. 1 |
| 4 | 181. | Genentech Dep. Ex. 2 |
| 5 | 182. | Genentech Dep. Ex. 3 |
| 6 | 183. | Genentech Dep. Ex. 4 |
| 7 | 184. | Genentech Dep. Ex. 5 |
| 8 | 185. | Genentech Dep. Ex. 6 |
| 9 | 186. | Genentech Dep. Ex. 7 |
| 10 | 187. | Genentech Dep. Ex. 8 |
| 11 | 188. | Genentech Dep. Ex. 9 |
| 12 | 189. | Genentech Dep. Ex. 10 |
| 13 | 190. | Genentech Dep. Ex. 11 |
| 14 | 191. | Genentech Dep. Ex. 12 |
| 15 | 192. | Genentech Dep. Ex. 13 |
| 16 | 193. | Genentech Dep. Ex. 14 |
| 17 | 194. | Genentech Dep. Ex. 15 |
| 18 | 195. | Genentech Dep. Ex. 16 |
| 19 | 196. | Genentech Dep. Ex. 17 |
| 20 | 197. | Genentech Dep. Ex. 18 |
| 21 | 198. | Genentech Dep. Ex. 19 |
| 22 | 199. | Genentech Dep. Ex. 20 |
| 23 | 200. | Genentech Dep. Ex. 21 |
| 24 | 201. | Genentech Dep. Ex. 22 |
| 25 | 202. | Genentech Dep. Ex. 23 |
| 26 | 203. | Genentech Dep. Ex. 24 |
| 27 | 204. | Corey A. Carter M.D.'s Responses to EpicentRx's Interrogatories |

| | |
|---|---|
| 205. | Corey A. Carter M.D.'s Verification for Responses to Interrogatories |
| 206. | Corey A. Carter M.D.'s Responses to Requests for Admission |
| 207. | Corey A. Carter M.D.'s Verification for Responses to Requests for Admission |
| 208. | Expert Report of Duross O'Bryan, including exhibits and documents referenced thereto |
| 209. | Expert Report of Paul Connolly, including exhibits, documents referenced thereto and Laykin Declarations |
| 210, | Transcript of Deposition of Duross O'Bryan (not provided as of this writing) |
| 211. | Transcript of Deposition of Paul Connolly (not provided as of this writing) |
| 212. | Documents produced by Defendant expert Brian Bergmark (more than one thousand pages produced the date of this writing) |
| 213. | Video from cameras inside of Defendant's office |
| 214. | All exhibits referenced in EpicentRx's moving and reply papers in support of its Motions for Summary Judgment; and Opposition papers filed as to Defendant's Motion for Summary Judgment |
| 215. | Discovery responses and discovery documents produced by Gail Carter |
| 216. | Naval investigation documents produced by Gail and Corey Carter |
| 217. | Photographs from Defendant's MacBook Pro taken by iPhone 7 Plus |
| 218. | Text messages and emails produced by Sarah Hibbard |
| 219. | Transcript of Deposition of Lohman & Dehner and exhibits thereto |
| 220. | Declarations of Lohman & Dehner, Regan Lohman, Daniel Dehner and Shannon Whitman |
| 221. | Exhibits to transcript of deposition of Genentech |

| F.R.C.P. 26(A)(3)(a)(i) – Witnesses ||
|---|---|
| **NAME** | **LIKELY TO CALL AT TRIAL** |
| Corey A. Carter, M.D. Defendant | Yes |
| Karissa Bland Carter Defendant | Yes |
| Dan Dehner/Lohman & Dehner Contact info known to Defendant | Yes |
| Regan Lohman/Lohman & Dehner Contact info known to Defendant | Maybe |
| Daniel Ripley Contact info known to Defendant | Yes |
| Kevin Li Contact info known to Defendant | Maybe |
| Genentech representative Contact info known to Defendant | Maybe |
| Scott Caroen, EpicentRx | Yes |
| Meaghan Stirn, EpicentRx | Yes |
| Bryan Oronsky, M.D., Ph.D., EpicentRx | Yes |

| | | |
|---|---|---|
| 1 2 | Tony Reid, M.D., EpicentRx | Yes |
| 3 4 | Franck Brinkhaus, M.D., Ph.D., EpicentRx | Maybe |
| 5 6 | Allison Pratt, EpicentRx HR Lead | Maybe |
| 7 8 9 | Maggie Neptune Contact info known to Defendant | Maybe |
| 10 11 | Nando Carbonel, EpicentRx IT Lead | Yes |
| 12 13 14 | Paul Connolly, expert Contact info known to Defendant | Yes |
| 15 16 17 | Duross O'Bryan, expert Contact info known to Defendant | Yes |
| 18 19 | Jerald G. Schutte Contact info known to Defendant | Yes |
| 20 21 22 | Erica Burbano Contact info known to Defendant | Maybe |
| 23 24 25 | Gina Varner Contact info known to Defendant | Maybe |
| 26 | Nacer Abrouk | Yes |

| | |
|---|---|
| Contact info known to Defendant | |
| Sarah Hibbard<br>Contact info known to Defendant | Yes |
| Gail Pandes Carter<br>Contact info known to Defendant | Maybe |
| Christian Carter<br>Contact info known to Defendant | Maybe |
| Norm Barnes<br>Contact info known to Defendant | Maybe |
| Tim Eisen<br>Contact info known to Defendant | Maybe |
| Elisa Insel<br>Contact info known to Defendant | Maybe |

**F.R.C.P. 26(A)(3)(ii) – Deposition Testimony and/or Video**

| NAME |
|---|
| Corey Carter, Defendant |
| Karissa Bland Carter |
| Gail Pandes Carter (maybe) |
| Christian Carter (maybe) |
| Kevin Li |
| Daniel Ripley (maybe) |

| |
|---|
| Jeremy Perkins (maybe) |
| Maggie Neptune |
| Allison Pratt |

EpicentRx has provided, to the best of its knowledge and ability at this time, complete accurate information regarding documents and witnesses that EpicentRx may use to support its claims. EpicentRx expressly reserves the right to supplement this list with additional documents and/or witnesses, and/or delete documents and/or witnesses from this list.

Dated: September 15, 2023            Respectfully submitted,

By:   */s/ Todd A. Boock*
      Todd A. Boock

Todd A. Boock
*todd@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025-0389

*Attorneys for Plaintiff and Counter-Defendant*
EPICENTRX, INC.

# CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2023, I electronically served a copy of the foregoing:

**PLAINTIFF AND COUNTER-DEFENDANT EPICENTRX, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3)(A) DISCLOSURES**

on Defendant/Counterclaimant's counsel of record at:

Guy A. Ricciardulli
Attorney at Law
12396 World Trade Drive, Suite 202
San Diego, California 92128
Telephone: (858) 487-8006
E-mail: gricciardu@aol.com

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2023.

/s/ *Todd A. Boock*
Todd A. Boock