UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>COREY A. CARTER,<br><br>　　　　　　　　　Defendant. | Case No.: 3:20-cv-1058-JO-DDL<br><br>**ORDER ON ORDER TO SHOW CAUSE REGARDING ATTORNEY JOSHUA GRUENBERG'S TRIAL CONDUCT** |
| COREY A. CARTER,<br><br>　　　　　　　Cross Claimant,<br><br>v.<br><br>EPICENTRX, INC.,<br><br>　　　　　　　Cross Defendant. | |

On October 20, 2023, the Court issued an Order to Show Cause regarding Attorney Joshua Gruenberg's conduct before an empaneled jury during the trial in this case. For the reasons stated on the record during oral argument on March 13, 2024 , the Court ORDERS the following:

///

///

1

1. Mr. Gruenberg shall pay $4,000.00 payable to the Clerk of Court by April 15, 2024 and must complete 2 hours of in-person continuing legal education ("CLE") addressing civility and ethics in litigation and trial practices by September 16, 2024.  Mr. Gruenberg must submit proof of completion of the 2-hour in-person CLE by September 30, 2024.

2. Pursuant to California Business and Professional Code § 6068(o)(3), within thirty days of the issuance of this order, Mr. Gruenberg shall send a copy of this order and the March 13, 2023 hearing transcript to the State Bar of California.[1]

**IT IS SO ORDERED.**

Dated: March 14, 2024

_____
Honorable Jinsook Ohta
United States District Judge

---

[1] This order and the March 13, 2023 hearing transcript must be sent to the State Bar's Office of Chief Trial Counsel, Intake, located at 845 S. Figueroa Street, Los Angeles, CA 90017.